FILED
JAN 27 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

January 26, 2021

To: CLERK, UNITED STATES DISTRICT COURT
ELIZABETH KEE FEDERAL BLDG.
601 FEDERAL STREET, RM 1000
BLUEFIELD, WV 24701

1:21-cv-00069

Fr: Adrian Weems-Bey
No. 15093-030
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351
A2-211

Re: This Letter/complaint to be placed into the Records / under freedom of Information

I am currently incarcerated in WV. I have been at this institution for 23 months, and I've not had a problem with obtaing administrative remedy forms from prior Counslors.
                              However, I've been deprived of receing those proper forms from my (present) counslor Mr. Kemper. I had filed several BP-8$^s$ forms, last year, and submitted them to the Counslor,

and asked for a copy for myself, but I was told to wait until I receive a response back, but I didnt hear anything back from Mr. Kemper/Counslor, pertaining to those forms.

Somehow those forms, mysteriously disappeared and it was no mention about it nomore. This incident happened on two different occasions and it has been bothering me because as an Counselor, He, Mr. Kemper/Counselor, is suppose to provide me with those proper materials as well as Administrative Remedy forms, so I could then exalt my Remedies if no Resolution could be met, properly.

I, Adrian Weems-Bey, for the record, I, don't have no personal beef with Mr. Kemper, In fact, I think that he's a fair Counselor, but He has been depriving me of certain forms lately.

And I find it very mind-blowing, and scary, because my issues, has nothing to do with Mr. Kemper, yet it feels as though he's taking sides and he's being prejudice towards my best interest.

So, I, feel, that it's only right that I, bring my concerns to higher Authority, because I'm not receiving justice from my counselor, and it's not fair.

I'm not trying to get Mr. Kemper or any other officer into trouble because I am not looking for no trouble, but I do want to be treated fairly and with respect, because I respect everybody and I do, stay in my own lane and does my time.

I hope that my letter won't be taken out of its proper context, but viewed with understanding and will be taken in consideration by the reader.

I am programing and I'm working on myself because I do beleive that my condition could be better,

But most importantly, I want to show growth and development since I've been at FCI-Gilmer.

So, I am bringing this letter/complaint to the honorable court's for (consideration).

Sincerely,

Weems-Bey

Respectfully Submitted
No. 15093-030
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351
A2-211

Date: 1-26-21

Adrian Weems-Bey
No. 15093-030
FCI-Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351
A2-211

CHARLESTON WV 250
25 JAN 2021 PM 4 L

To: CLERK, UNITED STATES DISTRICT COURT
ELIZABETH KEE FEDERAL BLDG.
601 FEDERAL STREET, RM 1000
BLUEFIELD, WV 24701

24701-306699