```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

**ADRIAN WEEMS BEY,**

      Plaintiff,

v.                                         CIVIL ACTION NO. 1:21-00069

**MR. KEMPER, Counselor,**

      Defendant.

## MEMORANDUM OPINION AND JUDGMENT ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Aboulhosn submitted to the court his Findings and Recommendation ("PF&R") on February 1, 2021, in which he recommended that this court dismiss plaintiff's complaint and remove this matter from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's Findings and Recommendation. The failure of any party to file such objections constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Instead of filing objections, on February 10, 2021, plaintiff filed a "Motion to Drop Letter/Complaint" in which he asks the court to drop his complaint. ECF No. 4. The court

deems this filing to be a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  That rule provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"  Id.  Defendant has not filed an answer or otherwise pled.  Accordingly, although the aforementioned rule does not require a court order, this action is **DISMISSED** without prejudice and the Clerk is directed to remove this action from the docket of the court.

The Clerk is directed to send copies of this Order to all counsel of record and any unrepresented party.

**IT IS SO ORDERED** this 17th day of February, 2021.

ENTER:

David A. Faber
Senior United States District Judge